# United States District Court
### for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Plaintiff

vs.

Defendant

Case Number

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Plaintiff

vs.

Defendant

Case Number

Status of Earlier Filed Case:

☑ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case has recently settled and was closed out on January 24, 2017.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In both cases the Plaintiff and Defendants are the same. The Plaintiff in this case was a lead Plaintiff in the earlier filed (March 2015) case which brought FLSA and NYLL wage and hour claims on a class and collective basis. That case settled and was closed in January, 2017.

The newly filed case involves Plaintiff's allegations that he was illegally fired, in violation of the FLSA's and NYLL's anti-retaliation provisions, just a few days after filing the March 2015 case.

Because the factual basis of both cases is so closely related and the Plaintiff and Defendants in both cases are the same, assigning the same judge/magistrate judge will result in greater efficiency.

Signature: /s/DAVID HARRISON Date: 3/21/2016

Firm: Harrison, Harrison & Associates, Ltd.