Swan, 8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5-19-2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JURIS IVANS,

                Plaintiff,

v.

SUKHMANI INC. d/b/a TAMARIND TRIBECA, AVTAR SINGH WALIA, and GARY WALIA,

                Defendants.

17-cv-02041 (LTS)(GWG)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JURIS IVANS ("Plaintiff") by and through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendants SUKHMANI INC. d/b/a TAMARIND TRIBECA, AVTAR SINGH WALIA, and GARY WALIA.

Dated:     May 11, 2017

By:   /S/ DAVID HARRISON
David Harrison, Esq.
HARRISON, HARRISON & ASSOC. Ltd.
110 State Highway 35, 2nd Floor
Red Bank, NJ, 07701
(718) 799-9111
(718) 799-9171 (fax)
nycotlaw@gmail.com

**SO ORDERED:**

_____ 5/18/17
U.S.D.J.

tm